# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD PATENT IMAGING LLC, | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1379-RWS |
| vs. | § § § | |
| LT SECURITY INC. | § § | |
| Defendant. | § § | |
| _____ | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date came for consideration Plaintiff Rothschild Patent Imaging LLC's Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, being of the opinion that same should be GRANTED, it is therefore, ORDERED that the Joint Motion to Stay All Deadlines be and is hereby GRANTED, and that all deadlines between Rothschild Patent Imaging LLC and Defendant LT Security Inc. are stayed for thirty (30) days.

**SIGNED this 1st day of March, 2017.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE