IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, <br><br>     Plaintiff, <br><br> vs. <br><br> LT SECURITY INC. <br><br>     Defendant. | § § § § § § § § § § § § § <br><br> Case No: 2:16-cv-1379-RWS |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this date, the Court considered Plaintiff Rothschild Patent Imaging LLC's unopposed motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant LT Security Inc. are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 6th day of April, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE